Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 1 2019

November 20, 2019

By ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B Daniels*

George B. Daniels, U.S.D.J.

Dated: NOV 2 1 2019

Re: *United States v. Sandy Susoho*, 19 Cr. 754 (GBD)

Dear Judge Daniels:

I write on consent (Assistant U.S. Attorney Jun Xiang and Probation Officer Emily Frankelis) to respectfully request that the Court stay the presentence interview in this matter while we wait to hear whether Ms. Susoho has been accepted into the Young Adult Opportunity Program. If Ms. Susoho is accepted into the Program, and the Court allows her to participate, it will obviate the need for a Presentence Report at this time. If Ms. Susoho is not accepted into the Program, we should be able to schedule the interview without needing to change the sentencing date. Without a court order though, the interview must be conducted in early December, even though the statute does not require disclosure of the draft Presentence Report until late January. *See* Fed. R. Crim. P. 32(e)(1) (report must be disclosed at least 35 days before sentencing).

Sandy Susoho pleaded guilty on November 5, 2019 to a conspiracy to misuse a passport, in violation of 18 U.S.C. § 371. The Court scheduled sentencing for March 10, 2020. After Ms. Susoho's plea, we applied to the Young Adult Opportunity Program. If Ms. Susoho is accepted into the program, and if the Court agrees to allow her to participate, the case will be transferred to Judge Abrams and sentencing will be stayed pending Ms. Susoho's completion of the Program. If Ms. Susoho is not accepted into the Program, I will notify the Probation Office and promptly reschedule the presentence interview.

Re: *United States v. Sandy Susoho*, 19 Cr. 754 (GBD)

Respectfully submitted,

/s/
_____
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Jun Xiang, by ECF
Emily Frankelis, U.S. Probation Officer, by e-mail