# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor-New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 19, 2020

**SO ORDERED**

The sentencing is adjourned from March 10, 2020 to June 16, 2020 at 10:00 a.m.

*[signature]* George B. Daniels
HON. GEORGE B. DANIELS

FEB 2 0 2020

By ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Sandy Susoho*, 19 Cr. 754 (GBD)

Dear Judge Daniels:

I write on consent (Assistant U.S. Attorney Jun Xiang and Probation Officer Emily Frankelis) to respectfully request that the Court adjourn sentencing in this matter, which is currently scheduled for March 10, 2020, at 10:00 a.m., until the week of June 8, 2020, or a date thereafter that is convenient for the Court. I further request that the Court set the following disclosure dates for the Presentence Report: April 27, 2020 for the first report; and May 26, 2020 for the final report.

Sandy Susoho pleaded guilty on November 5, 2019 to a conspiracy to misuse a passport, in violation of 18 U.S.C. § 371. After Ms. Susoho's plea, we applied to the Young Adult Opportunity Program, and the Court agreed to stay the presentence interview while the application was pending. The government has determined, though that – even if Ms. Susoho does well in the YAO Program – it cannot change its charging decision because the case was transferred to the Southern District pursuant to Rule 20 of the Federal Rules of Criminal Procedure. Accordingly, we have withdrawn our YAO Program application, and respectfully ask the Court to reschedule sentencing with sufficient time for the Probation Office to prepare a Presentence Report.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Jun Xiang, by ECF
Emily Frankelis, U.S. Probation Officer, by e-mail