# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*
*Jennifer L. Brown*
*Attorney-in-Charge*

David E. Patton
*Executive Director*

June 5, 2020

**SO ORDERED:**

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: JUN 0 8 2020

By ECF

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Sandy Susoho*, 19 Cr. 754 (GBD)

Dear Judge Daniels:

    I write on consent (Assistant U.S. Attorney Jun Xiang) to respectfully request that the Court adjourn sentencing in this matter, which is currently scheduled for June 16, 2020, at 10:00 a.m., and reschedule it for September 8, 2020, at 10:00 a.m., or another date convenient for the Court. The reason for the adjournment is that the courthouse is currently open only for emergency matters, and given that Ms. Susoho is on release, there is no necessity to conduct a remote proceeding pursuant to the CARES Act.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Jun Xiang, by ECF